# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATTY JO TRAMBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-13-0377-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff Patty Jo Tramble brings this action seeking judicial review pursuant to 42 U.S.C. §405(g) of the final decision of the defendant Commissioner denying plaintiff's application for disability insurance benefits under the Social Security Act. Magistrate Judge Gary M. Purcell issued a Report and Recommendation on March 25, 2014, doc. no. 19 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to file written objections to the Report and Recommendation by April 14, 2014. The Report also advised that failure to make timely objection to the Report waives appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 16th day of April, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0377p002.wpd